38706. The State of Ohio, appellee v.

Martin Wohlstein, appellant. Franklin County. Certified by the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Griffith and Herbert, JJ., concur. Gibson, J., concurs in part.